**BRUCE H. BERGEN, ESQ.**
Union County Counsel
Department of Law
Administration Building
Elizabeth, New Jersey 07207
(908) 527-4250
Attorneys for Defendant, County of Union

**BY: Steven H. Merman, Esq.**
Assistant County Counsel
Attorney ID #028661985

| | |
|---|---|
| ABDUL DAVIS<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CAPTAIN DENNIS BURKE, LT. CARLO CAPARRUVA, LT. GUERRANT, DETECTIVES MANUEL CRUZ AND JAMES MILLER, OFFICERS KENNETH RANDAZZA AND RYAN HANRAHAN, ET AL<br><br>　　　　　　　　Defendants, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 2:19-CV-10620<br><br>Civil Action<br><br>**SUBSTITUTION OF ATTORNEY** |

　　　The undersigned hereby consents to the substitution of Steven H. Merman, Esq., as Attorney for the Defendant, County of Union, in the above entitled case.

DATED: 2/25/22

_____
STEVEN H. MERMAN, ESQ.
Assistant County Counsel
Withdrawing Attorney for
Defendant, County of Union

_____
WILLIAM T. DONEGAN, ESQ.
Substituting Attorney for Defendant,
County of Union